FILED
CLERK, U.S. DISTRICT COURT

**10/28/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___EC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>MARCO ANTONIO NEVAREZ,<br>  aka "Klue,"<br>  aka "Machete,"<br><br>            Defendant. | CR  2:22-cr-00500-SVW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

    The Grand Jury charges:

                    [18 U.S.C. § 922(g)(1)]

    On or about July 29, 2022, in Los Angeles County, within the Central District of California, defendant MARCO ANTONIO NEVAREZ, also known as ("aka") "Klue," aka "Machete," knowingly possessed a firearm, namely, a Beretta PX4 Storm 9mm pistol, bearing serial number PX4922G, in and affecting interstate and foreign commerce.

    Defendant NEVAREZ possessed such firearm knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Reckless Evading of a Police Officer, in violation of California Vehicle Code Section 2800.2, in the Superior Court for the State of California, County of Los Angeles, Case Number BA489875, on or about November 18, 2020; and

2.    Robbery, in violation of California Penal Code Section 211, in the Superior Court for the State of California, County of Los Angeles, Case Number BA467698, on or about September 20, 2018.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)   All right, title, and interest in any firearm involved in or used in such offense.

(b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID RYAN
Assistant United States Attorney
Deputy Chief, General Crimes
Section

MORGAN J. COHEN
Assistant United States Attorney
General Crimes Section